# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**TEIGHE ALEXANDER,**
    Plaintiffs,

v.

**HUHTAMAKI, INC.,
DEFENDANT,**
    Defendant.

4:22-cv-1050-CLM

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. 29).

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED: July 14, 2023

                                GREER M. LYNCH, CLERK

                                By: */s/* Sarah Hollingsworth

                                          Deputy Clerk